UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AutoZone, Inc.,<br><br>    Plaintiff,<br>v.<br><br>Visa, Inc.; Visa U.S.A., Inc.; Visa International Service Association; MasterCard Incorporated; and MasterCard International Incorporated,<br><br>    Defendants. | Case No. 14-CV-06921 |

### PLAINTIFF AUTOZONE, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff AutoZone, Inc., pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i),[1] voluntarily dismisses its Complaint without prejudice.  No defendant in this case has filed an answer or a motion for summary judgment.

Dated:  December 31, 2014

KENNY NACHWALTER, P.A.

By: _____
William J. Blechman, Esquire
201 South Biscayne Blvd.
Suite 1100
Miami, Florida  33131
Tel:    (305) 373-1000
Fax:    (305) 372-1861
E-mail:  wblechman@knpa.com

*Counsel for Plaintiff AutoZone, Inc.*

514269.1

---

[1] Fed.R.Civ.P. 41(a)(1)(A)(i) reads: "(a) Voluntary Dismissal (1) By the Plaintiff (A) Without a Court Order.  Subject to Rules 23(e), 23.1(c), 23.2, and 66, and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment…."

_____
KENNY NACHWALTER, P.A.